# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| LINFO IP, LLC,<br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 6:21-cv-01075-ADA<br><br><br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, Linfo IP, LLC stipulates to the dismissal of this action for all of Plaintiff's claims as defendant has not answered or filed a motion for summary judgment. The dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: February 7, 2022

Respectfully submitted,

/s/ William P. Ramey
William P. Ramey, III
Texas Bar No. 24027643
**Ramey & Schwaller, LLP**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923
wramey@rameyfirm.com

***Attorneys for Linfo IP, LLC***

## **CERTIFICATE OF SERVICE**

    Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of February 7, 2022, with a copy of the foregoing via e-mail.

                                            <u>/s/ William P. Ramey, III</u>
                                            William P. Ramey, III